IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: W.R. Grace & Co. et al

| | |
|---|---|
| First Health Montogomery Memorial Hospital ) ) ) | |
| Appellant ) | Civil Action No.   07-293   RLB |
| v. ) ) ) | |
| W.R. Grace & Co. et al ) | |
| Appellee ) | Bankruptcy Case No. 01-1139 AP 07-22 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

>  Memorandum Opinion and Order disallowing and expunging 71 claims file by the Law firm of Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 6/14/07**

>  Peter T. Dalleo
>  Clerk of Court

Date:   May 25, 2007

To:   U.S. Bankruptcy Court
       Counsel